**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,** | Civil Action No.: 3:21-cv-00043-FM |
| Plaintiff, | |
| v. | **TRIAL BY JURY DEMANDED** |
| **CARDINAL HEALTH, INC.,** | |
| Defendant. | |

**UNOPPOSED MOTION TO STAY ALL DEADLINES
AND NOTICE OF SETTLEMENT**

Plaintiff Symbology Innovations LLC, by and through undersigned counsel and subject to the approval of this Court, hereby files this Motion to Stay All Deadlines and Notice of Settlement, and in support thereof, respectfully show the Court as follows:

All matters in controversy between Plaintiff and Defendant Cardinal Health, Inc. have been settled in principle. The parties are in the process of memorializing the terms of a written settlement agreement. The parties anticipate that they will be able to perfect such terms within sixty (60) days. Accordingly, Plaintiff respectfully requests that the Court grant a stay of the proceedings between the Parties, including all deadlines, until June 28, 2021.

Good cause exists for granting this Unopposed Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiff conferred with Defendant about the issues presented here. Defendant indicated that it was not opposed to the relief sought herein.

Dated: April 30, 2021

Together with:

Andrew S. Curfman
(*Pro hac vice forthcoming*)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: andrew.curfman@sswip.com

Respectfully submitted,

KIZZIA & JOHNSON, PLLC

*/s/ Jay Johnson*
Jay Johnson
1910 Pacific Avenue – Suite 13000
Dallas, Texas 75201
Telephone: (214) 451-0164
Facsimile: (214) 451-0165
Email: jay@kjpllc.com

ATTORNEYS FOR PLAINTIFF

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on April 30, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Jay Johnson*
Jay Johnson