UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | |
| | § | EP-21-CV-00043-FM |
| v. | § § | |
| CARDINAL HEALTH, INC., | § § § | |
| Defendant. | § | |

## ORDER TO SHOW CAUSE

On May 24, 2021, the court entered "Order to Submit Dismissal Documents" [ECF No. 13]. Therein, the court ordered the parties to submit dismissal documents by Monday, June 28, 2021.[1] The record reflects that neither Plaintiff Symbology Innovations, LLC nor Defendant Cardinal Health, Inc. has filed dismissal documents. Accordingly, it is **HEREBY ORDERED** that the parties **SHOW CAUSE** as to the status of the above-captioned cause or submit dismissal documents no later than **Tuesday, August 31, 2021**.

**SIGNED AND ENTERED** this _17_ day of **August 2021**.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] "Order to Submit Dismissal Documents" 1, ECF No. 12, entered May 24, 2021.

1