**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,** | |
| Plaintiff, | Civil Action No.: 3:21-cv-00043-FM |
| v. | **TRIAL BY JURY DEMANDED** |
| **CARDINAL HEALTH, INC.,** | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff, Symbology Innovations, LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1), and hereby voluntarily dismisses all of the claims asserted against Defendant Cardinal Health, Inc. in the within action WITH PREJUDICE.  Cardinal Health, Inc. has not served an answer or a motion for summary judgment.

Dated: August 17, 2021

Respectfully submitted,

Together with:

KIZZIA & JOHNSON, PLLC

Andrew S. Curfman
(*Pro hac vice forthcoming*)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: andrew.curfman@sswip.com

*/s/Jay Johnson*
Jay Johnson
1910 Pacific Avenue – Suite 13000
Dallas, Texas 75201
Telephone: (214) 451-0164
Facsimile: (214) 451-0165
Email: jay@kjpllc.com

ATTORNEYS FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on August 17, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/Jay Johnson*
Jay Johnson
